```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 53182
    MATTHEW J JORDAN
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-2681

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/13/2005 and was confirmed 01/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 01/12/2009.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
OLD REPUBLIC EQUITY CRED  CURRENT MORTG        .00              .00             .00
CITIMORTGAGE INC          CURRENT MORTG        .00              .00             .00
TOYOTA MOTOR CREDIT       SECURED          3000.00           394.59         3000.00
WASHINGTON MUTUAL         CURRENT MORTG        .00              .00             .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    4713.35           996.37         4713.35
IRA T NEVEL               NOTICE ONLY    NOT FILED              .00             .00
OLD REPUBLIC INSURANCE    NOTICE ONLY    NOT FILED              .00             .00
WELLS FARGO AUTO FINANCE  UNSEC W/INTER  NOT FILED              .00             .00
OLD REPUBLIC EQUITY CRED  MORTGAGE ARRE    2266.68              .00         2266.68
CITIMORTGAGE INC          MORTGAGE ARRE   23728.23              .00        23728.23
WASHINGTON MUTUAL         MORTGAGE ARRE      51.39              .00            51.39
LEEDERS & ASSOCIATES LTD  DEBTOR ATTY      1,000.00                         1,000.00
TOM VAUGHN                TRUSTEE                                           2,453.12
DEBTOR REFUND             REFUND                                              106.27

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE           38,710.00

PRIORITY                                         .00
SECURED                                    29,046.30
   INTEREST                                   394.59
UNSECURED                                   4,713.35
   INTEREST                                   996.37
ADMINISTRATIVE                              1,000.00
TRUSTEE COMPENSATION                        2,453.12
DEBTOR REFUND                                 106.27
                  --------------          --------------
TOTALS            38,710.00                38,710.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 53182 MATTHEW J JORDAN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/05/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```